

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00443-CV

**CONSOLIDATED REINFORCEMENT, L.P.**,
Appellant

v.

Ali **CHERAIF**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16237
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The appellant's motion to file amended brief is hereby GRANTED.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

KEITH E. HOTTLE,
Clerk of Court